## BAMBOO GARDENS CO. v. KIBBEE PAINTING & DECORATING CO.

Ohio Appeals, 8th Dist., Cuyahoga Co.

No. 8859. Decided May 7, 1928.

**First Publication of This Opinion.**

Syllabus by Editorial Staff.

**ERROR.**

(260 Tc) A transcript not filed within 60 days limit gives the Court of Appeals no jurisdiction to review.

Error to Municipal Court.

Petition dismissed.

Wm. F. Fitzgerald, Esq., and F. E. Coleman, Esq., Cleveland, for Bamboo Gardens Co.

Smith, Olds, Smith & Shepherd, Cleveland, for Kibbee Painting & Decorating Co.

### STATEMENT OF FACTS.

This action comes into this court to reverse a judgment rendered in the Municipal Court of Cleveland.

It seems that a motion was made in this case to dismiss the proceedings in error, for the reason that no transcript had been filed or was not filed in time. It appears that the judgment or finding was rendered on the 25th day of November; that a motion for a new trial was made and on the first day of December a motion for a new trial was overruled. A petition in error was almost immediately filed in the Court of Appeals to reverse said judgment, but no transcript of the proceedings nor the original papers were filed in this court until the second day of February, whereas the time expired on the 30th day of January and that the transcript was not filed within the sixty days required by law.

**VICKERY, J.**

We have examined this record and find that to be the fact. There having been no transcript filed within the limit required by law, this court was without jurisdiction and the petition in error and the proceedings will, therefore be dismissed for want of jurisdiction.

The petition in error will be dismissed for the reason that the transcript was not filed in time.

(Sullivan, PJ., concurs. Levine, J., not sitting.)